UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERNEST LEE TURNER, | ) | Case No. EDCV 16-2577 SVW(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DANIEL PARAMO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus without Prejudice to the Extent It Challenges the State Judgment, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice to the extent it challenges the state judgment in Riverside County Superior Court Case No. RIF111528.

IT IS SO ADJUDGED.

DATED: December 22, 2016

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE